IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                                          PLAINTIFF

v.                                          Civil No. 05-5197

DR. NEIL MULLINS, NURSE SUE,
SHERIFF FERGUSON, MAJOR DRAKE,
CAPT. PATRAY, and ALL DETENTION
GUARDS ALL THREE SHIFTS                                                  DEFENDANTS

## O R D E R

Danny T. McCarthy, an inmate of the Benton County Detention Center, has submitted a

civil rights complaint on behalf of himself and Roxanne L. Carter/McCarthy, together with a

request by Danny T. McCarthy for leave to proceed *in forma pauperis*. Having reviewed same, it

appears the proposed plaintiffs should file separate actions setting forth their individual complaints.

The following order is entered this 6th day of December 2005:

IT IS HEREBY ORDERED that Danny T. McCarthy's motion to proceed in forma pauperis

is granted and the United States District Clerk is directed to file the complaint solely on behalf of

Danny T. McCarthy. Roxanne L. Carter/McCarthy may submit an individual complaint and in

forma pauperis application for consideration by this court. Roxanne L. Carter/McCarthy has been

advised of this decision and furnished with the appropriate forms for submitting an individual

action.

IT IS SO ORDERED.

*Beverly Stites Jones*
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 07 2005

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

AO 72A
(Rev. 8/82)