IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                      PLAINTIFF

          v.                 Civil No. 05-5197

DR. NEIL MULLINS; NURSE SUE;
SHERIFF FERGUSON; MAJOR DRAKE;
CAPT. PETRAY; and ALL DETENTION
GUARDS, ALL THREE SHIFTS                         DEFENDANTS

## **ORDER**

By order entered on December 7, 2005, the plaintiff's application to proceed *in forma pauperis* (IFP) was granted (Doc. 3). Having granted the plaintiff leave to proceed IFP, the court finds that the filing fee should be collected pursuant to the terms of the Prison Litigation Reform Act. Accordingly, the United States District Clerk is hereby directed to collect the filing fee of $250.00.

Dated this 8th day of December 2005.

                                                                  /s/ Beverly Stites Jones
                                                                   UNITED STATES MAGISTRATE JUDGE