IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                                                        PLAINTIFF

      v.            Civil No. 05-5197

DR. NEIL MULLINS;
NURSE SUE; SHERIFF
FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All
Three Shifts                                                                                     DEFENDANTS

## ORDER

Plaintiff's complaint was filed in this case on December 7, 2005. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Danny T. McCarthy, complete and sign the attached addendum to his complaint, and return the same to the court **by January 13, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by January 13, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 13th day of December 2005.

                                                            /s/ Beverly Stites Jones
                                                            UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                  PLAINTIFF

      v.                Civil No. 05-5197

DR. NEIL MULLINS;
NURSE SUE; SHERIFF
FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All
Three Shifts                                           DEFENDANTS

## **ADDENDUM TO COMPLAINT**

TO: DANNY T. McCARTHY

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by January 13, 2006**. Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

     In your complaint, you allege that you were over medicated by Dr. Mullins between February 1, 2004, and April 1, 2005. From February 1st until sometime in September you allege you were refused prescribed medication for your eyes, for back pain, for your stomach, and stool softeners. You also alleged that for a period of time you were not allowed to worship or go to your Bible study group.

With respect to the conditions under which you were confined, you indicate you were forced to suffer cold temperatures, you were not always fed or given medication, threats were made against you, you were not allowed outside recreation, there was racial name calling from both the inmates and the guards, and you were not allowed to change clothing or shower after you had seizures even though you would lose control of your bowels.

1. You are currently in the Benton County Detention Center (BCDC). How long have you been incarcerated there? In answering please provide the court with exact dates if you can.

Answer:

_____

_____

_____

2. Why are you incarcerated at the BCDC? Are you serving a sentence, or waiting trial on criminal charges, or has your probation, parole, or supervised release been revoked?

Answer:

_____

_____

_____

_____

_____

_____

_____

3. You indicate you were over-medicated by Dr. Mullins. Please state: (a) what

medications he was giving you; (b) what condition the medications were for; (c) what dosage you were receiving; and (d) what dosage you had been receiving before.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. You state you were not allowed to worship or attend Bible Study Group. Please state: (a) whether you had a Bible, or access to a Bible; (b) whether you could attend church services; (c) whether you could pray or otherwise follow the dictates of your faith; (d) whether others were allowed to attend Bible Study Group; and (e) if others were allowed to attend, please state the reason given for not allowing you to attend.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. From February 1st until sometime in September you allege you were refused prescribed medication for your eyes, for back pain, for your stomach, and stool softeners.

(A). Did you speak to Dr. Mullins or Nurse Sue about your need for these medications?

Answer: Yes _____ No _____.

If you answered yes, please state who you spoke to, when you spoke to him or her, and what his or her response was.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state why you did not speak to Dr. Mullins or Nurse Sue about your need for these medications.

_____

_____

_____

_____

_____

_____

_____

_____

  (B). Are all decisions about medical care at the BCDC are made by the jail medical staff, Dr. Mullins and Nurse Sue?

  Answer: Yes _____ No _____.

  If you answered no, please explain who makes medical decisions at the BCDC.

_____

_____

_____

_____

_____

_____

_____

  6. You receive a diet adequate to maintain your health.

  Agree_____ Disagree_____ Without knowledge to agree or disagree_____

  If you disagree, explain. If you missed meals, please state how often you missed meals.

_____

_____

_____

_____

_____

_____

_____

_____

  7. You state you were subjected to cold temperatures. Please describe the temperatures you were subjected to and how often the facility was cold. In doing so, indicate whether you had sufficient clothing and a blanket or sheet to cover up with at night.

  Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

  8. You indicate you missed doses of medication. Please state: (a) how often you missed doses of medication; (b) whether you suffered any adverse physical symptoms because of the missed doses; (c) why you missed doses of medication; and (d) who was responsible for dispensing medication.

Answer:

_____

_____

_____

_____

_____

_____

_____

9. You indicate you did not always get outside recreation. Please state: (a) how often you got outside recreation; (b) whether there was sufficient space in your cell or a day-room for you to exercise indoors; and (c) whether you suffered any physical injury as a result of not getting to exercise enough. If you suffered physical injury, describe the injury, the symptoms you experienced, and how long it took you to recover from the injury.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

10. You indicate there were threats made against you. Please state: (a) who threatened you; (b) when they threatened you; (c) whether you reported the threats; (d) who you reported the threats to; and (e) what was done in response to your report.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

11. You indicate there was racial name calling. Please state: (a) what your race is; (b) whether one or more of the defendants used a racially derogatory term in your presence; (c) whether you complained about the defendant or defendants using the term; and (d) what was done in response.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. You state that during a seizure you would soil your clothes and were denied a change of clothing or a shower.

(A). Did you discuss this issue with the doctor or nurse?

Answer: Yes _____ No _____.

If you answered yes, please state when you discussed it, who you discussed it with, and what their response was.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain why you did not discuss it with a doctor or nurse.

_____

_____

_____

_____

_____

_____

_____

(B). When you requested clean clothing or a shower following a seizure did you explain why you needed clean clothing or a shower?

Answer: Yes _____ No _____.

If you answered yes, please state who you talked to and what they said in response.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state why you did not explain.

_____

_____

_____

_____

_____

_____

13. You have named Sheriff Ferguson as a defendant. However, you have not described any actions taken by Sheriff Ferguson. Please explain in detail how you believe he violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

14. You have named Major Drake as a defendant. However, you have not described any actions taken by Major Drake. Please explain in detail how you believe he violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15. You have named Captain Petray as a defendant. However, you have not described any actions taken by Captain Petray. Please explain in detail how you believe he violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      16. You have named all the detention guards on all three shifts as defendants. Please explain in detail how you believe each of these guards has violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
DANNY T. McCARTHY

_____
DATE