IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                              PLAINTIFF

                 v.                   Civil No. 05-5197

DR. NEIL MULLINS;
NURSE SUE; SHERIFF
FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All
Three Shifts                                                          DEFENDANTS

## **CHANGE OF ADDRESS NOTICE**

On December 7, 2005, Danny T. McCarthy filed this civil rights suit pursuant to 42 U.S.C. § 1983. He proceeds in forma pauperis and pro se.

On December 19th and December 23rd, mail was returned to the court as undeliverable. The notations on the envelops indicated he was no longer incarcerated at the Benton County Detention Center. McCarthy has not provided the court with a change of address. However, upon being booked in, McCarthy provided a home address to detention center personnel. The court hereby directs the same to be entered of record this date and a file-marked copy provided to all parties of record. The clerk is also directed to re-mail to plaintiff any pleadings or correspondence which may have been returned as undeliverable.

Plaintiff's new address is:

       Mr. Danny T. McCarthy
       435 Marion Anderson Rd.
       Hot Springs, AR 71913

DATED this 27th day of December 2005.

                                                             /s/ Beverly Stites Jones
                                                             UNITED STATES MAGISTRATE JUDGE