IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                               PLAINTIFF

        v.                       Civil No. 05-5197

DR. NEIL MULLINS;
NURSE SUE; SHERIFF
FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All
Three Shifts                                                DEFENDANTS

## **ORDER**

On December 13, 2005, an order was entered directing the plaintiff to complete, sign, and return a questionnaire that would be filed as an addendum to his complaint (Doc. 6). On December 29, 2005, a change of address was entered (Doc. 8). On January 17, 2006, the court's order and attached questionnaire were returned to the court as undeliverable. The mail was re-sent to the plaintiff at the address he provided on December 29th. As it is not possible for the plaintiff to comply with the court's order of December 13th, plaintiff is given an extension of time until **February 13, 2006,** to complete, sign, and return the addendum.

IT IS SO ORDERED this 18th day of January 2006.

                                                                   /s/ Beverly Stites Jones
                                                                   UNITED STATES MAGISTRATE JUDGE