IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


DANNY T. McCARTHY                                                    PLAINTIFF


            v.                      Civil No. 05-5197

DR. NEIL MULLINS;
NURSE SUE; SHERIFF
FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All
Three Shifts                                                        DEFENDANTS


## O R D E R

On May 22, 2006, defendants filed a summary judgment motion (Doc. 20).  To assist

plaintiff in responding to the summary judgment motion, the undersigned is propounding a

questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the summary judgment motion.

For this reason, Danny T. McCarthy is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **August 18, 2006**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of July 2006.


                                    /s/ Beverly Stites Jones
                                    UNITED STATES MAGISTRATE JUDGE


-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


DANNY T. McCARTHY                                                                    PLAINTIFF

                    v.                              Civil No. 05-5197

DR. NEIL MULLINS;
NURSE SUE; SHERIFF
FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All
Three Shifts                                                                          DEFENDANTS


## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  DANNY T. McCARTHY

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **August 18, 2006.**

        1. You were booked into the Benton County Detention Center (BCDC) on February 2,

2005, on a hold from the United States Marshal Service.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 2.

_____

_____

_____

_____

        2. Were you incarcerated at the BCDC solely because of the pending criminal

-2-

charges?

Answer:  Yes _____ No _____.

If you answered no, please state whether you were serving a sentence or your

probation, parole, or supervised release had been revoked.

_____

_____

_____

_____

3.  You had been arrested at Hot Springs Federal Court and a note was made on your

criminal intake form to use caution because you had a violent history.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 3.

_____

_____

_____

_____

4.  As part of your intake, a medical questionnaire was completed.  You indicated you

had seizures due to epilepsy, allergies, asthma, and tuberculosis.  You also indicated you had

back surgery eighteen months before and had a metal plate in your head.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 4.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

     5.  You were given a list of detainee rules which you signed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 5.

_____

_____

_____

_____

     6.  You were given an inmate telephone system notice and signed the notice.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 6.

_____

_____

_____

_____

     7.  A booking check list was completed by Sgt. Nance.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 7.

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

8(A).  Your personal property was listed and you signed the list of your property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 8.

_____

_____

_____

_____

(B).  The list did not show any prescription medications.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 8.

_____

_____

_____

_____

(C).  When you were brought to the jail did you bring your prescription medications

with you?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the name of each medication you brought with

you; (b) what medical condition the medication was for; (c) who prescribed the medication;

-5-

and (d) whether you received the medication after you were booked in.

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state why you did not bring your medication with you.

_____

_____

_____

_____

_____

_____

_____

9.  You were issued a uniform, mattress, towel, etc.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-6-

_____

_____

_____

_____

_____

_____

10.  On February 3, 2005, you were seen by Dr. Mullins.  When Dr. Mullins told you that you did not have any sign of asthma, or if you had some it was very mild, you began to argue with Dr. Mullins and said to just throw your medicine away and put it all in a box and you would talk to the U.S. Marshal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 9.

_____

_____

_____

_____

11.  Dr.  Mullins also noted your back pain was questionable.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 9.

_____

_____

_____

AO72A
(Rev. 8/82)

12.   Dr. Mullins prescribed Dilantin, Fenobarb, and Combivent.  Dr. Mullins also indicated you would be given 500 mg. of Calcium a day.  Dr. Mullins believed you were over medicated.  Dr. Mullins stated they would follow you closely.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1 at pages 9 & 10.

_____

_____

_____

_____

_____

_____

_____

13.   Dr. Mullins indicated you came to the jail with the following medications:  Aerobid, Combivent inhaler, Dilantin, Calcium, Absorbase ointment, Guaifunesin, Ducosate, Multiple Vitamin, Trazodone, Cyclobenzaprine or Flexeril, Renitidine, Artificial tears, and Febobarb.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 10.

_____

_____

-8-

_____

_____

_____

_____

_____

14. On February 7, 2005, you were released to the U.S. Marshal at 7:58 a.m. and then booked back into the BCDC at 7:07 p.m.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 13.

_____

_____

_____

_____

_____

_____

_____

15.  On February 7, 2005, your Dilantin level was checked at the Northwest Medical Center of Benton County.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 15.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

16.  A criminal intake from was completed by Deputy Lisenbee, a medical intake form was completed, and you were given a notice regarding the inmate telephone system which you signed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at pages 16-18.

_____

_____

_____

_____

_____

_____

_____

17.  At 12:16 p.m. on February 7, 2005, you were released to Deputy Skourup and Deputy Conner per the U.S. Marshal because you had no local charges.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 20.

_____

_____

_____

_____

_____

_____

18.   Releasing deputy Dragovich initialed the procedures regarding release.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 19.

_____

_____

_____

_____

_____

_____

_____

19.   Were you actually released from the BCDC or did you continue to be held there?

Answer:

_____

_____

_____

_____

_____

_____

_____

20.   On February 17, 2005, you submitted a request asking to be put in general population instead of administrative segregation.  Lt. Carter responded that you would remain in your current housing status.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 21.

_____

_____

_____

_____

_____

_____

21.   On March 29, 2005, you submitted a grievance complaining that you hadn't been receiving any mail.  Captain Petray responded that he would check into it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 22.

_____

_____

_____

_____

_____

_____

_____

_____

_____

22(A). On April 12, 2005, you signed a release so the BCDC could have access to your medical records at the Federal Correctional Institution in Waseca, Minnesota.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 23.

_____

_____

_____

_____

_____

_____

-13-

(B).  On April 19, 2005, the medical release was faxed to the U.S. Department of

Justice.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

24 & 26.

_____

_____

_____

_____

(C).  On May 19, 2005, a fax was sent by Dr. Shelia Brandt, a forensic psychologist,

asking for your medical records.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

27.

_____

_____

_____

_____

(D).  A second fax was sent from Dr. Brandt on June 2, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

28.

_____

_____

_____

_____

    23.  On June 24, 2005, you were arrested at the Ft. Smith Federal Courthouse on a

U.S. Marshal hold.  You were arrested and transported by Deputy Skourup.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

29.

_____

_____

_____

_____

_____

_____

_____

    24.   A medical questionnaire was completed and you indicated you had asthma,

suffered seizures, had back problems, and wore a TENS unit.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

30.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

   25.  On June 24, 2005, a U.S. Department of Justice notice stated that you were to

wear a TENS unit for your back and that you were also on various medications.  A note was

also made that you had requested medical confinement.  The notice was received by Deputy

Daniel Skourup.

   Agree_____ Disagree_____Without knowledge to agree or disagree_____.

   If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

   26.  On June 27, 2005, you were seen by Dr. Mullins.  Dr. Mullins noted your lungs

had no spasms compatible with asthma when he examined you.  When Dr. Mullins attempted

to do a straight leg raising test, you got mad at Dr. Mullins and started yelling at him for

-16-

hurting you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 37.

_____

_____

_____

_____

_____

_____

_____

27. Dr. Mullins believed your complaints far exceeded the physical findings. He told you to come back when you would let him examine you properly within complaining and yelling at him.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 37.

_____

_____

_____

_____

_____

-17-

_____

_____

28.   Dr. Mullins okayed your use of Ipratropim, two puffs, four times a day,

Beclomye, an Albuterol inhaler, Phenyltin, Ibuprofen, and your TENS unit.  Dr. Mullins

noted that you were going to be at the detention center for only one week and would be

observed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

37.

_____

_____

_____

_____

_____

_____

29.   On July 10, 2005, Deputy T. Lee reported that at 7:30 a.m. he went to the nurse's

station to give you your medication and your refused the medication saying it was making

you feel worse.  Lee asked you to sign the medication sheet and you refused.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

38.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

30.  On July 19, 2005, you were seen by Nurse McDonald.  You were complaining of a rash on your face.  You were given hydrocortisone cream.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 1.

_____

_____

_____

_____

_____

_____

31.  On August 19, 2005, you requested release of your medical records.  Lt. Carter responded by asking if you wanted the records or if you wanted them sent to someone.  He stated that any court information you needed was public record but your medical records required a subpoena for someone to get.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

-19-

39.

_____

_____

_____

_____

_____

_____

32.  On September 11, 2005, you asked that your cell remain unlocked until bedtime since you and the other inmates got along with one another.  Lt. Carter responded that you would remain on your current housing status.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 40.

_____

_____

_____

_____

_____

_____

33(A).  On November 8, 2005, you submitted a request for medical treatment because of an eye lid infection.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 44.

_____

_____

_____

_____

      (B). On November 9, 2005, you submitted a second request for medical treatment for an eye lid infection.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 45.

_____

_____

_____

_____

      (C). On November 10, 2005, you were seen by Dr. Mullins.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 1.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

(D).  Dr. Mullins examined your eye and didn't see much at all.  He indicated you might have a little infection in it.  He prescribed eye drops for seven days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 46.

_____

_____

_____

_____

(E).  Dr. Mullins also listened to your lungs.  Your lungs were clear and normal.  Dr. Mullins discontinued two of your inhalers for asthma and continued you on the Albuterol.  He was going to recheck you in a week and if your lungs were clear take you off the Albuterol.  Dr. Mullins believed medication was being abused.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 46.

_____

_____

_____

_____

34.  On November 17, 2005, Deputy Sharp did a cell inspection and found an extra blanket, book, and pencil in your cell.  You were locked down for concealing items from jail

staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

47.

_____

_____

_____

_____

_____

_____

35.  On November 18, 2005, you submitted a grievance complaining that each inmate

had something extra that was confiscated during the cell search.  You stated you and Fox

were the only two placed on ten day lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

49.

_____

_____

_____

_____

_____

_____

-23-

36.  In response, you were told all inmates would obey the rules of the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

49.

_____

_____

_____

_____

_____

_____

37.  On November 17, 2005, you received a disciplinary hearing and were found

guilty of concealing items from jail staff.  You were given ten days lock-down and loss of

privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

50.

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

38.  You appealed the decision and it was affirmed based on your admission.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

50.

_____

_____

_____

39.   On November 17, 2005, you submitted a grievance complaining about being

locked down and being discriminated against.  You indicated you found the extra blanket and

picked up the extra book off the floor during  dinner.  You stated you had been given the

pencil by the day guard.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

51.

_____

_____

_____

_____

_____

_____

40.   In response, Captain Petray stated that no one was being racist towards you and

that all inmates are required to obey the rules.

-25-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

51.

_____

_____

_____

_____

_____

_____

41.   On November 22, 2005, you refused to see Dr. Mullins.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page

1.

_____

_____

_____

_____

_____

_____

_____

42.  On November 23, 2005, you submitted a medical request asking for a meatless

diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 52.

_____

_____

_____

_____

     43.   In response, Nurse McDonald stated a meatless diet would not provide you with enough protein.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 52.

_____

_____

_____

_____

    44.  On November 28, 2005, you submitted a medical request stating that the black hair on the left side of your face was disappearing.  You requested that an antibiotic be prescribed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 53.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

45.  In response, you were put on the list to see Dr. Mullins.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

53.

_____

_____

_____

_____

46.  You refused to see Dr. Mullins on November 30, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

53.

_____

_____

_____

_____

47.  On December 12, 2005, you were released for time served pursuant to the U.S.

Marshals.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 55.

_____

_____

_____

_____

48(A).  You began receiving Dilantin, on February 3, 2005, the day after you became incarcerated at the BCDC, and received Dilantin the entire time you were at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2.

_____

_____

_____

_____

(B).  You received Ibuprofen for relief of pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2.

_____

_____

-29-

_____

_____

(C).  You received a variety of prescription medication including inhalers.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2.

_____

_____

_____

_____

49.  All decisions about your medical care while you were at the BCDC were made by the jail medical personnel, Dr. Neil Mullins and Nurse Sue McDonald.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

50.  You received all medical care Dr. Mullins and Nurse McDonald believed, in the

-30-

exercise of their medical judgment, that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

51.  Do you contend Dr. Mullins was deliberately indifferent to your serious medical needs?

Answer:  Yes _____ No _____.

If you answered yes, please state what your serious medical needs were and how Dr. Mullins exhibited deliberate indifference to your needs.

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

52.  Do you contend Nurse McDonald was deliberately indifferent to your serious medical needs?

Answer:  Yes _____ No _____.

If you answered yes, please state what your serious medical needs were and how Nurse McDonald exhibited deliberate indifference to your needs.

_____

_____

_____

_____

_____

**AO72A**
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

53.  You did not submit any grievances about not being allowed to worship or go to

your Bible study group.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

54. Were you able to attend church services?

Answer:  Yes _____ No _____ .

If you answered no, please explain.

_____

_____

_____

_____

55. Were you allowed to have a Bible?

Answer:  Yes _____ No _____ .

If you answered no, please state if you were allowed to have any religious materials or

items.

_____

_____

_____

_____

56. You were able to worship and follow the dictates of your religion.

Agree_____ Disagree_____Without knowledge to agree or disagree_____ .

If you disagree, explain.

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

57(A).  You did not submit any grievances about the diet being inadequate.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  You received three meals a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(C).  Although you did not always like the meals, they were adequate to maintain your

health.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

58.  You had a bunk or mattress to sleep on and a blanket.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

59.  You were provided with basic hygiene items such as soap and water and were allowed to shower on a regular basis.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

60.  You were provided with clean clothing on a regular basis.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

_____

_____

_____

61.  You were able to do exercises such as push-ups and sits-ups in your cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

_____

_____

_____

62.  You did not submit any grievances about the temperature in your cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

63.  You did not suffer any physical injury as a result of the temperature at which your cell was maintained.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, describe the physical injury you suffered, the symptoms you experienced, whether you sought, or received medical care as a result of the injuries, and how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

-38-

_____

_____

_____

64.  You indicate you were threatened and discriminated against.  Please describe in detail how each of the defendants threatened or discriminated against you.

Dr. Neil Mullins:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Nurse Sue McDonald:

_____

_____

Sheriff Keith Ferguson:

Major Gene Drake:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Captain Petray:

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

65(A).  You did not submit any grievances about not being provided with clean clothing or being allowed to shower after you had a seizure.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  You did not submit any medical requests asking that you be allowed to change clothes or shower after you had a seizure.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

(C).  With respect to your seizures, please state:  (a) how frequently they occurred; (b) how long they lasted; (c) what occurred when you had a seizure; and (d) whether you were seen by the nurse or doctor following your seizures.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

66.  Please describe in detail how you believe Sheriff Ferguson violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

67.  Please describe in detail how you believe Major Gene Drake violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

68.  Please describe in detail how you believe Captain Petray violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-46-

Detail below any further response you would like to make to defendants' summary judgment motion. If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2006.

_____

DANNY T. McCARTHY

AO72A
(Rev. 8/82)