IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                                                PLAINTIFF

        v.                    Civil No. 05-5197

DR. NEIL MULLINS;
NURSE SUE; SHERIFF
FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All
Three Shifts                                                                        DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Danny T. McCarthy filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on December 7, 2005. His complaint was filed in forma pauperis (IFP).

On May 22, 2006, defendants filed a motion for summary judgment (Doc. 20). On July 14, 2006, the undersigned entered an order (Doc. 23) directing McCarthy to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

The plaintiff's response to the questionnaire was to be returned by August 18, 2006. To date, the plaintiff has failed to respond to the questionnaire.

On August 31, 2006, the defendants filed a motion to dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Doc. 25). Defendants ask that the case be dismissed based on McCarthy's failure to prosecute and his failure to obey an order of the court.

No mail has been returned to the court as undeliverable. McCarthy has not requested an extension of time to respond to the questionnaire. He has not otherwise communicated with the court.

I therefore recommend the motion to dismiss be granted and McCarthy's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the

court.  *See* Fed. R. Civ. P. 41(b).  **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 31st day of August 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE