# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**DANNY T. McCARTHY**                                                    PLAINTIFF

        v.        Civil No. 05-5197

**DR. NEIL MULLINS; NURSE SUE;
SHERIFF FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All Three
Shifts**                                                                 DEFENDANTS

## O R D E R

Now on this 22nd day of September, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #27), and plaintiff's objections thereto. The Magistrate Judge reports that plaintiff failed to respond to a questionnaire designed to flesh out his claim, and recommended that his case be dismissed for failure to prosecute. Plaintiff objects that he did not receive the questionnaire. The Court finds that the proper disposition of the matter is not to adopt the Report And Recommendation, but to remand the case to the Magistrate Judge with directions to resend the questionnaire to plaintiff and allow him an opportunity to respond, so that the issues in this case may be resolved on the merits.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **not adopted.**

**IT IS FURTHER ORDERED** that this matter is **remanded** to the

Magistrate Judge for further handling in accordance with this Order.

**IT IS SO ORDERED.**

      **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**