```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**DANNY T. McCARTHY**                                           **PLAINTIFF**

**v.**                      **Civil No. 05-5197**

**DR. NEIL MULLINS;**
**NURSE SUE; SHERIFF**
**FERGUSON; MAJOR DRAKE;**
**CAPTAIN PETRAY; and THE]**
**DETENTION GUARDS, All**
**Three Shifts**                                                **DEFENDANTS**

## O R D E R

Now on this 7th day of February, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #34, filed January 22, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the defendants' Motion for Summary Judgment (Doc. #20) is granted in part and denied in part.

The motion is granted with respect to the plaintiff's claims that he was denied adequate medical care and subjected to unconstitutional conditions of confinement.

As to plaintiff's claim that he was denied the opportunity to worship or go to his Bible study, the motion is denied at this time.  However, Defendants have filed a Supplement (Doc. #35) and Supplement Brief in Support (Doc. #36) to their First Motion for Summary Judgment regarding to this claim.  These Supplemental pleadings will be referred back to United States Magistrate Judge James R. Marschewski for further Report and Recommendation on this issue.

**IT IS SO ORDERED.**

**/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**