IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANNY T. McCARTHY                                                                                    PLAINTIFF

v.                                                    CASE NO. 05-5197

DR. NEIL MULLINS,
NURSE SUE; SHERIFF FERGUSON;
MAJOR DRAKE; CAPTAIN PETRAY;
THE DETENTION GUARDS, all three shifts                                                DEFENDANTS

**ORDER**

On May 22, 2006, Defendants filed a summary judgment motion (Doc. 20). This Motion was granted in part by the District Court on February 7, 2007 (Doc. 37) upon a Report and Recommendation of United States Magistrate Judge Beverley Stites Jones. The District Court denied summary judgment on Plaintiff's claims of denial of religious expression, because the Defendants had failed to brief this point. This claim has now been fully briefed by Defendants. To assist plaintiff in responding to the summary judgment motion on his denial of religious expression claim, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing an opinion on the summary judgment motion.

For this reason, Danny T. McCarthy is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **August 13, 2007.** Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 12th day of July 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE