```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**DANNY T. McCARTHY**                                              PLAINTIFF

          v.            Civil No. 05-5197

**DR.  NEIL MULLINS; NURSE SUE;
SHERIFF FERGUSON; MAJOR DRAKE;
CAPTAIN PETRAY; and THE
DETENTION GUARDS, All Three
Shifts**                                                         DEFENDANTS

O R D E R

Now on this 10th day of September, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #40), to which plaintiff has stated no objections. The Court has fully reviewed the Report And Recommendation, and finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that defendants' **Motion To Dismiss** (document #28) is **denied as moot.**

**IT IS FURTHER ORDERED** that defendants' **Supplemental Motion For Summary Judgment** (document #35) is **granted,** and this matter is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                   JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE